THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT TACOMA

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a foreign Insurer,<br><br>Plaintiff,<br><br>vs.<br><br>STRICKLAND & SONS EXCAVATION LLC, a Washington limited liability company; INDOOR COMFORT SYSTEMS, INC., a Washington corporation; CEDAR SPRINGS ASSOCIATES, a Washington limited liability company; FENIX EARTHWORKS LLC, a Washington limited liability company; PEASE & SONS, INC. a Washington corporation; and CENTRAL PIERCE FIRE & RESCUE a/k/a PIERCE COUNTY FIRE DISTRICT NO. 6, a Washington Municipal Corporation,<br><br>Defendants. | Cause No. 3:21-cv-05211 BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY** |

THIS MATTER came before the Court on the Parties' Stipulated Motion to Stay Proceedings and the Court being fully informed in the premises, NOW, THEREFORE,

It is hereby ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion to Stay Proceedings is hereby GRANTED. This matter is stayed for 90 days, with the exception of motions to lift the stay or stipulated motions to dismiss. The following deadlines have also been extended:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP Conference | May 17, 2021 | August 31, 2021 |
| Initial Disclosure Pursuant to FRCP (26)(a)(1) | June 7, 2021 | September 7, 2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | June 15, 2021 | September 14, 2021 |

Dated this 10th day of June, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge