THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT TACOMA

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a foreign Insurer,<br><br>Plaintiff,<br><br>vs.<br><br>STRICKLAND & SONS EXCAVATION LLC, a Washington limited liability company; INDOOR COMFORT SYSTEMS, INC., a Washington corporation; CEDAR SPRINGS ASSOCIATES, a Washington limited liability company; FENIX EARTHWORKS LLC, a Washington limited liability company; PEASE & SONS, INC. a Washington corporation; and CENTRAL PIERCE FIRE & RESCUE a/k/a PIERCE COUNTY FIRE DISTRICT NO. 6, a Washington Municipal Corporation,<br><br>Defendants. | Cause No. 3:21-cv-05211 BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS** |

THIS MATTER came before the Court on the Parties' Stipulated Motion to Stay Proceedings and the Court being fully informed, NOW, THEREFORE,

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY – 1
USDC WD WA/SEA CAUSE NO. 3:21-cv-05211 BJR

4831-5235-1481, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

It is hereby ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion to Extend Stay of Proceedings is hereby GRANTED. This matter is stayed for an additional 30 days, with the exception of motions to lift the stay or stipulated motions to dismiss. The following deadlines have also been extended:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosure Pursuant to FRCP (26)(a)(1) | September 7, 2021 | October 7, 2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | September 14, 2021 | October 14, 2021 |

Dated this 14th day of September 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

| | |
|---|---|
| SOHA & LANG, P.S. | GORDON TILDEN THOMAS & CORDELL, LLP |
| By: *s/Paul Rosner* | By: *s/Samantha Pitsch* |
| Paul Rosner, WSBA # 37146 | Franklin D. Cordell, WSBA #26392 |
| Email address: rosner@sohalang.com | Samantha K. Pitsch, WSBA #54190 |
| Brad Hudson, WSBA # 14384 | Email address: fcordell@gordontilden.com |
| Email address: hudson@sohalang.com | Email address: spitsch@gordontilden.com |
| Sarah Davenport, WSBA # 45269 | 600 University Street, Suite 2915 |
| Email address: davenport@sohalang.com | Seattle, WA 98101 |
| Soha & Lang, P.S. | Telephone: 206-467-6477 |
| 1325 Fourth Avenue, Suite 2000 | **Attorneys for Defendant Strickland & Sons Excavation, LLC** |
| Seattle, WA 98101-2570 | |
| Telephone: 206-624-1800 | |
| ***Attorneys for Plaintiff*** | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY – 2
USDC WD WA/SEA CAUSE NO. 3:21-cv-05211 BJR

4831-5235-1481, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

| | |
|---|---|
| FRIEDMAN RUBIN, PLLP | GREEN & WILMOT, PLLC |
| By: *s/Richard Dykstra* <br> Richard Dykstra, WSBA #5114 <br> Alexander E. Ackel, WSBA #52073 <br> 1109 First Avenue, Ste 501 <br> Seattle, WA 98101 <br> rdykstra@friedmanrubin.com <br> aackel@friedmanrubin.com <br> **Attorneys for Defendant Fenix Earthworks, LLC** | By: *s/Daniel Wilmot* <br> Daniel G. Wilmot, WSBA #33706 <br> Andrew P. Green, WSBA #32742 <br> 1919 N. Pearl St., Ste. B-3 <br> Tacoma, WA 98406 <br> Telephone: (253) 625-7300 <br> E-mail: dan@green-wilmot.com <br> Email: andy@green-wilmot.com <br> **Attorneys for Defendants Indoor Comfort Systems, Inc., and Cedar Springs Associates, LLC** |
| ASHBAUGH BEAL LLP | HARPER HAYES, PLLC |
| By: *s/Richard Beal* <br> Richard T. Beal, Jr., WSBA #9203 <br> 701 Fifth Avenue <br> 4400 Columbia Tower <br> Seattle, WA 98104-7012 <br> Telephone: (206) 386-5900 <br> Email: rbeal@ashbaughbeal.com <br> **Attorneys for Pease & Sons Inc.** | By: *s/Todd Hayes* <br> Todd Christopher Hayes, WSBA #26361 <br> One Union Square <br> 600 University St Ste 2420 <br> Seattle, WA 98101 <br> Telephone: (206) 260-2852 <br> Email: todd@harperhayes.com <br> **Attorneys for Central Pierce Fire & Rescue aka Pierce County Fire District No 6.** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY – 3
USDC WD WA/SEA CAUSE NO. 3:21-cv-05211 BJR

4831-5235-1481, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585