The Honorable Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a foreign Insurer,<br><br>Plaintiff,<br><br>v.<br><br>STRICKLAND & SONS EXCAVATION LLC, a Washington limited liability company; INDOOR COMFORT SYSTEMS, INC., a Washington corporation; CEDAR SPRINGS ASSOCIATES, a Washington limited liability company; FENIX EARTHWORKS LLC, a Washington limited liability company; PEASE & SONS, INC. a Washington corporation; and CENTRAL PIERCE FIRE & RESCUE a/k/a PIERCE COUNTY FIRE DISTRICT NO. 6, a Washington Municipal Corporation,<br><br>Defendants. | NO. 3:21-cv-05211-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

THIS MATTER came before the Court on the Parties' Stipulated Motion to Extend Deadline to Respond to Plaintiff's Motion for Partial Summary Judgment and the Court being fully informed in the premises, NOW, THEREFORE,

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
No. 3:21-cv-05211-BJR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

It is hereby ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion to Extend Deadline to Respond to Plaintiff's Motion for Partial Summary Judgment is hereby GRANTED.

If this matter is not fully resolved by settlement, Defendants have until Wednesday, July 6 to respond to Western National's motion for partial summary judgment.

DATED this 1st day of July, 2022.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
No. 3:21-cv-05211-BJR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477