THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT TACOMA

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a foreign Insurer,<br><br>Plaintiff,<br><br>vs.<br><br>STRICKLAND & SONS EXCAVATION LLC, a Washington limited liability company; INDOOR COMFORT SYSTEMS, INC., a Washington corporation; CEDAR SPRINGS ASSOCIATES, a Washington limited liability company; FENIX EARTHWORKS LLC, a Washington limited liability company; PEASE & SONS, INC. a Washington corporation; and CENTRAL PIERCE FIRE & RESCUE a/k/a PIERCE COUNTY FIRE DISTRICT NO. 6, a Washington Municipal Corporation,<br><br>Defendants. | Cause No. 3:21-cv-05211 BJR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

THIS MATTER came before the Court on Western National Mutual Insurance Company's Motion for Leave to File Second Amended Complaint, and the Court being fully informed in the premises, and Defendants having filed no opposition thereto, NOW, THEREFORE,

ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – 1
USDC WD WA/SEA CAUSE NO. 3:21-cv-05211 BJR

4876-1211-8819, v. 2

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1  It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion for
2  Leave to File Second Amended Complaint is hereby GRANTED.
3  Dated this 25th day of August, 2022.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

SOHA & LANG, P.S.

By: *s/Paul Rosner*
Paul Rosner, WSBA # 37146
Email address: rosner@sohalang.com
Brad Hudson, WSBA # 14384
Email address: hudson@sohalang.com
Sarah Davenport, WSBA # 45269
Email address: davenport@sohalang.com
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, WA  98101-2570
Telephone:  206-624-1800
***Attorneys for Plaintiff***

ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT – 2
USDC WD WA/SEA CAUSE NO. 3:21-cv-05211 BJR

4876-1211-8819, v. 2

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585