THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT TACOMA

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a foreign Insurer, and WESTERN NATIONAL ASSURANCE COMPANY, a foreign Insurer<br><br>Plaintiffs,<br><br>vs.<br><br>STRICKLAND & SONS EXCAVATION LLC, a Washington limited liability company; INDOOR COMFORT SYSTEMS, INC., a Washington corporation; CEDAR SPRINGS ASSOCIATES, a Washington limited liability company; FENIX EARTHWORKS LLC, a Washington limited liability company; PEASE & SONS, INC. a Washington corporation; and CENTRAL PIERCE FIRE & RESCUE a/k/a PIERCE COUNTY FIRE DISTRICT NO. 6, a Washington Municipal Corporation,<br><br>Defendants. | Cause No. 3:21-cv-05211 BJR<br><br>**ORDER GRANTING JOINT MOTION FOR LIMITED LIFTING OF STAY AND VOLUNTARY DISMISSAL OF PEASE & SONS, INC.** |

THIS MATTER came before the Court on Plaintiffs' and Defendant Pease & Sons Joint Motion for Limited Lifting of Stay and Voluntary Dismissal of Pease & Sons, Inc, the Court having considered the Motion, the Declarations of Brad Hudson and Richard T. Beal, Jr. and

ORDER GRANTING PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT – 1
USDC WD WA/SEA CAUSE NO. 3:21-cv-05211 BJR

4875-8455-5556, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

the attached exhibits, and the briefs and declarations submitted by all parties, and the Court being fully informed in the premises, NOW, THEREFORE,

It is hereby ORDERED, ADJUDGED, AND DECREED that the Joint Motion for Limited Lifting of Stay and Voluntary Dismissal of Pease & Sons, Inc. is hereby GRANTED. Pease & Sons, Inc. is not a Person to be Joined if Feasible under Fed. R. Civ. Pro. 19(a), and all claims against Pease & Sons, Inc. are dismissed without prejudice and without costs.

DATED this 30th day of November, 2022.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

SOHA & LANG, P.S.

By: *s/Paul Rosner*
Paul Rosner, WSBA # 37146
Email address: rosner@sohalang.com
Brad Hudson, WSBA # 14384
Email address: hudson@sohalang.com
Sarah Davenport, WSBA # 45269
Email address: davenport@sohalang.com
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, WA  98101-2570
Telephone:  206-624-1800
***Attorneys for Plaintiff***

ORDER GRANTING PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT – 2
USDC WD WA/SEA CAUSE NO. 3:21-cv-05211 BJR

4875-8455-5556, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585